HOLLAND & KNIGHT LLP
David I. Holtzman (SBN 299287)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Fax: 415.743.6910
Email: david.holtzman@hklaw.com

Rachel C. Agius (SBN 305934)
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone: 312.263.3600
Fax: 312.578.6666
Email: rachel.agius@hklaw.com

Leon Fresco (*Pro Hac Vice to be filed*)
800 17th Street N.W., Suite 1100
Washington, District of Columbia 20006
Telephone: 202.469.5129
Facsimile: 202.955.5564
Email: leon.fresco@hklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DOE I, a California Resident; DOE II, a California Resident; DOE III, a California Resident; and DOE IV, a California Resident, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, in his official capacity as United States Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI, in his official capacity as Director of the United States Citizenship and Immigration Services; and LOREN MILLER, in his official capacity as Director, USCIS Nebraska Service Center <br> Defendants. | Case No.: 3:20-cv-7517 <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE COMPLAINT ANONYMOUSLY** |

- 1 –

This matter came before the Court on Plaintiffs Does I - IV's ("Plaintiffs") Administrative Motion (the "Motion") to file their Complaint anonymously. The Court having considered the Motion, the declarations and record materials filed in support, and being fully advised,

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that the Motion is GRANTED.

Dated: December 30, 2020

_____
United States District Court Judge